# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Dallas Buyers Club, LLC.

                Plaintiff,

v.                                              Case No.: 1:14−cv−03517

                                                     Honorable Matthew F. Kennelly

Does 1−25

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 9, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for extension of the deadline to amend the complaint and add parties is granted. The deadline is extended to 3/19/2015, but it will not be extended again for any reason whatsoever. The status hearing set for 3/13/2015 is vacated and reset to 3/30/2015 at 9:30 AM. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.