# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Dallas Buyers Club, LLC.

                          Plaintiff,

v.                                                Case No.: 1:14–cv–03517
                                                  Honorable Matthew F. Kennelly

Jimmy Kawa, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 28, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 4/28/2015. Response to motion to sever [41] is due by 5/26/2015; replies due by 6/9/2015. Ruling on motion to sever is set for 7/2/2015 at 9:30 a.m. The 5/13/2015 status hearing remains as scheduled. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.